**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Edgar Lamar SCOTT, Defendant— Appellant.**

No. 00–50469.

D.C. No. CR–99–00962–CBM–01.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 5, 2001.*

Decided Nov. 13, 2001.

Before KLEINFELD, McKEOWN, and FISHER, Circuit Judges.

MEMORANDUM **

Edgar Scott appeals his conviction, pursuant to a guilty plea, and sentence for armed bank robbery in violation of 18 U.S.C. § 2113(a) & (d). Scott's attorney has filed a brief pursuant to *Anders v.*

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

---

*California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and has moved to withdraw as counsel of record. Scott did not file a pro se supplemental brief. Having conducted an independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we conclude that there are no arguable appellate issues. Counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED.**

---

courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

